497 P.2d 17

**Judy Carol LEGGROAN, Plaintiff and Appellant,**

v.

**John W. TURNER, Warden, Utah State Prison, Defendant and Respondent.**

**No. 12583.**

Supreme Court of Utah.

May 17, 1972.

D. Gilbert Athay and F. John Hill, of Salt Lake Legal Defender Assn., Salt Lake City, for appellant.

Vernon B. Romney, Atty. Gen., David S. Young, Larry V. Lunt, Asst. Attys. Gen., Salt Lake City, for respondent.

CALLISTER, Chief Justice:

Plaintiff appeals from an order of the district court denying her petition for a writ of habeas corpus. Plaintiff was convicted of second-degree murder and appealed to this court, wherein she raised the identical issue that she currently asserts in her petition.[1] She may not under the guise of this petition have a second opportunity to litigate the issue.[2] The order of the trial court is affirmed.

TUCKETT, HENRIOD, ELLETT and CROCKETT, JJ., concur.

---

1. State v. Leggroan, 25 Utah 2d 32, 34–35, 475 P.2d 57 (1970).

2. Scandrett v. Turner, 26 Utah 2d 371, 489 P.2d 1186 (1971).